UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TRUSTEES OF THE PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS | |
| Plaintiffs | |
| v. | |
| Decor Graphics, Inc. | |
| Defendant and | |
| Enfield Enterprises, Inc. | Civil Action No.: 05-10124-MLW |
| Reach and Apply Defendant and | |
| The Stop & Shop Companies, Inc. | |
| Reach and Apply Defendant and | |
| Kay Construction Corp. | |
| Reach and Apply Defendant | |

## MOTION FOR DISMISSAL PURSUANT TO RULE 41

Plaintiff Trustees of the Painters & Allied Trades District Council No. 35, Health and Welfare, Pension and Annuity Funds hereby seek dismissal of its action due to the fact that the Defendant, Décor Graphics, Inc. filed a Voluntary Petition in the United States Bankruptcy Court in the District of Massachusetts on January 10, 2005.

          Respectfully submitted
Attorney for the Plaintiffs,

*Michael A. Feinberg*
Michael A. Feinberg
BBO# 161400
Feinberg, Campbell & Zack
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated: January 21, 2005

## Certificate of Service

    I, Michael A. Feinberg, attorney for the plaintiffs, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to Décor Graphics, 102 Main Street, Reading, MA 01867; Enfield Enterprises, Inc., 551 East Columbus Avenue, Springfield, MA 01105, Attn: Daniel Eastman, President; The Stop & Shop Companies, Inc., 1385 Hancock Street, Quincy, MA 02169; and Kay Construction Corp., 49 Winchester Street, Newton, MA 02461, Attn: Bernard F. Lannquist, Jr., President.

*Michael A. Feinberg*
Michael A. Feinberg, Esq.

Dated: January 21, 2005